FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP J. GREENE Plaintiff,

v.

HARTLEY
ASP-WARDEN Defendant.

CV 08 CASE NO. 0714

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

MMC
E-filing
(PR)

I, __PHILIP JASON GREENE__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ☐   No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___   Net: ___0___

Employer: ___N/A___

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__Columbia Printing - June 27, 2003 @ $4,000/mo.__

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or    Yes ___   No ☒
      self employment
   b. Income from stocks, bonds,  Yes ___   No ☒
      or royalties?

1

c. Rent payments? Yes ___ No X
d. Pensions, annuities, or life insurance payments? Yes ___ No X
e. Federal or State welfare payments, Social Security or other government source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3. Are you married?  Yes X  No ___  IN DIVORCE PROCEEDINGS AT THIS TIME

Spouse's Full Name: WENDY ANN GREENE

Spouse's Place of Employment: UNKNOWN

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $ APPROX $592.00/MONTH,

4. a. List amount you contribute to your spouse's support: N/A

$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ N/A _____

_____

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $ -0-  Amount of Mortgage: $ -0-

6. Do you own an automobile? Yes ___ No X

Make -0-  Year -0-  Model -0-

Is it financed? Yes ___ No ___ If so, Total due: $ -0-

2

Monthly Payment: $ ___0___

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No (X)

Name(s) and address(es) of bank: ___N/A___

Present balance(s): $ ___N/A___

Do you own any cash? Yes ___ No (X) Amount: $ ___0___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No (X)

8.  What are your monthly expenses?

Rent: $ ___0___   Utilities: ___0___

Food: $ ___0___   Clothing: ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

___RESTITUTION OF $155,831.18 (CA. STATE BOARD OF CONTROL $3K AND VALLEY MEDICAL CTR $152,831.18) + IRS $4600.00___

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/22/08
DATE

_____
SIGNATURE OF APPLICANT

```
RE     ID: TS3030  .701                              REPORT DATE: 01/10/08
                                                     PAGE NO:           1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 10, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : T98702              BED/CELL NUMBER: 450 1 00000011U
ACCOUNT NAME   : GREENE, PHILIP JASON      ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE       HOLD
   PLACED     CODE       DESCRIPTION         COMMENT       HOLD AMOUNT
   ----------  ----  ----------------------  ----------    -----------
   04/24/2007  H107  POSTAGE HOLD            4296POSTAG         7.40
   01/02/2008  H118  LEGAL COPIES HOLD       2867/LECO          3.50
   01/07/2008  H118  LEGAL COPIES HOLD       702951LECO         2.48
   01/09/2008  H109  LEGAL POSTAGE HOLD      702991LEPO         1.14

                            TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL       TOTAL      CURRENT    HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS BALANCE   BALANCE    TO BE POSTED
   ---------    --------    ---------  ---------  -------    ------------
      0.00        0.00         0.00      0.00      14.52         0.00


                                                     CURRENT
                                                     AVAILABLE
                                                     BALANCE
                                                     ---------
                                                        14.52-
```

*no activity*

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement

showing transactions of ___PHILIP J. GREENE___ for the last six months at
                                   [prisoner name]

___AVENAL STATE PRISON___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-

month period were $___0___ and the average balance in the prisoner's account each month for

the most recent 6-month period was $___0___.

Dated: _1-10-08_          _Carol Rodriguez_
                                     Authorized officer of the institution

5

# PROOF OF SERVICE BY MAIL

I THE UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DCOUMENT:

ENTITLED: _Motion To File Newly Exhausted Claim To Northern District Court_

BY PLACING THE SAME IN AN ENVELOPE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND DEPOSITING IT IN THE [ UNITED STATES MAIL ] AT AVENAL STATE PRISON AND ADDRESSEDIT TO THE FOLLOWING:

_U.S. District Court_
_Northern District of CA._
_ATTN: Clerk of Court_
_450 Golden Gate Ave. 16th Fl._
_San Francisco, CA. 94102_

EXECUTED ON _January_, _22_, 20 _08_ AT AVENAL STATE PRISON, AVENAL, CALIFORNIA

I, _Philip J. Greene_ DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

_[signature]_
SIGNATURE OF DECLARANT

_Philip J. Greene_
PRINT NAME OF DECLARANT

PRO PER.