IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP J. GREENE,

        Petitioner,

  v.

HARTLEY, Warden,

        Respondent.
                                      /

No. CV-08-0714 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** petitioner's motion to file a second amended petition containing his newly-exhausted claim is hereby DENIED, and the instant petition is hereby DISMISSED.

Dated: February 8, 2008

                                                        Richard W. Wieking, Clerk

                                                        By: Tracy Lucero
                                                        Deputy Clerk