PHILIP J. GREENE
T98702 / B.2.50
GOLDEN STATE MCCF
P.O. BOX 1577
MCFARLAND, CA. 93250
IN PROPER.


FILED
FEB -8 PM 1:29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT,
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

PHILIP J. GREENE
  PETITIONER

VS.

HARTLEY - ASP WARDEN
  RESPONDENT.

CASE # 08-714 MMC

NOTICE OF CHANGE OF ADDRESS, FOR NEWLY FILED CLAIM AND MOTION TO THE COURT TO FILE SUCCESSIVE PETITION AND IN FORMA APPLICATION.

COMES NOW, PETITIONER, PHILIP J. GREENE, IN THE ABOVE TITLED ACTION, HEREBY NOTIFIES THIS COURT AND _ALL_ PARTIES INVOLVED AS LISTED IN THE PROOF OF SERVICE, OF PETITIONER'S CHANGE OF ADDRESS, SINCE HIS FILING A PETITION FOR WRIT OF HABEAS CORPUS, AS NOTED BELOW:

* OLD ADDRESS
  PHILIP J. GREENE
  T98702 / 450-1-11U
  AVENAL STATE PRISON
  P.O. BOX 9
  AVENAL, CA. 93204

* NEW ADDRESS *
  PHILIP J. GREENE
  T98702 / B2-5D
  GOLDEN STATE - MCCF
  P.O. BOX 1577
  MCFARLAND, CA. 93250

PLEASE DELETE THE _OLD_ ADDRESS AS LISTED ON THE HABEAS CORPUS PETITION, AND ONLY UTILIZE THE _NEW_ ADDRESS IN ALL FUTURE CORRESPONDENCE AND/OR SERVICE OF ANY LEGAL DOCUMENTS TO AVOID DELAYS IN THE EXPEDITION OF LEGAL DOCUMENT RESPONSES. SUCH CHANGE IS AS OF DATED BELOW AND ON THE PROOF OF SERVICE. DUE TO _NO_ LAW LIBRARY _AT_ GOLDEN STATE MCCF, PETITIONER CANNOT OBTAIN A PROOF OF SERVICE AT THIS TIME, BUT _HAS_ SERVED RESPONDENT'S COUNSEL CONTEMPORANEOUSLY.

DATED: FEB. 4, 2008

RESPECTFULLY SUBMITTED;

_Philip J. Greene_
PHILIP J. GREENE,
  PETITIONER.