PHILIP J. GREENE
T98702 / 450-1-11u
ASP - P.O. BOX 9
AVENAL, CA. 93204
PETITIONER,
IN PRO PER

FILED
08 FEB 11 PM 2:42
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTN: CLERK OF COURT
PLEASE STAMP FILED EA. PG.
& RETURN TO PETITIONER
USING THE ENCLOSED STAMPED
ENVELOPE. THANK YOU.
PLEASE PROVIDE CASE #.

IN THE UNITED STATES DISTRICT COURT,
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

PHILIP J. GREENE
PETITIONER

CASE # 08-714 MMC

VS.

HARTLEY - ASP WARDEN,
RESPONDENT.

MOTION TO FILE NEWLY
EXHAUSTED CLAIM VIA
SECOND PETITION - ABUSE
OF DISCRETION BY SENTENCING
COURT.

COMES NOW, PHILIP J. GREENE, PETITIONER IN THE ABOVE TITLED ACTION, AND A CALIFORNIA PRISONER PROCEEDING PRO PER, PETITIONS THIS COURT UPON MOTION TO FILE A NEWLY EXHAUSTED CLAIM VIA SECOND PETITION FOR WRIT OF HABEAS CORPUS, CHALLENGING AN ABUSE OF DISCRETION BY THE SENTENCING COURT AS CLAIMED AND ALLEGED WITHIN THE ENCLOSED PETITION FOR WRIT OF HABEAS CORPUS.

PETITIONER, FILED AN AMENDED PETITION FOR WRIT OF HABEAS CORPUS WITHIN THIS COURT ON JANUARY 22, 2007 IN CASE NUMBER C-05-3433 MMC (PR) CHALLENGING HIS CONVICTION ON THREE CLAIMS: 1) VIOLATION OF DUE PROCESS AND SPEEDY TRIAL; 2) PROSECUTION VIOLATED DUE PROCESS BY KNOWINGLY SUPPRESSING EXCULPATORY EVIDENCE; 3) VIOLATED DUE PROCESS BY PROSECUTING OUT OF VINDICTIVENESS. THIS PETITION AND ACTION IS CURRENTLY IN PROCESS; RESPONDENT IN THAT ACTION WAS ORDERED TO RESPOND - FILED IN AUGUST 2007 AND PETITIONER FILED HIS TRAVERSE IN SEPTEMBER 2007.

HOWEVER, THE ENCLOSED PETITION AND NEWLY EXHAUSTED CLAIM WAS FILED WITHIN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA ON MARCH 13, 2007, AFTER PETITIONER EXHAUSTED HIS ADMINISTRATIVE REMEDIES. THIS CLAIM HAS BEEN FULLY EXHAUSTED AT THE STATE LEVEL BASED ON THE CASE OF CUNNINGHAM V. CALIFORNIA, 127 S.CT. 856 (2007) AND THE ISSUES DISCUSSED AND CONTAINED WITHIN THE PETITION AND ATTACHED EXHIBITS.

PURSUANT TO SINGLETON V. NORRIS, CA. 8 (ARK) 2003, 319 F.3d 1018 - HABEAS PETITION RAISING A CLAIM THAT HAD NOT BEEN ARISEN AT THE TIME OF A PREVIOUS PETITION IS NOT BARRED BY RESTRICTIONS ON SECOND OR SUCCESSIVE

PAGE 1



**ORIGINAL FILED**
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY</u>

Name ___GREENE___  ___PHILIP___  ___J.___
    (Last)    (First)    (Initial)

Prisoner Number ___T98702/450-1-11U___

Institutional Address ___ASP - P.O. BOX 9  AVENAL, CA. 93204___

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MMC**

___PHILIP JASON GREENE___   **CV 08    0714**
Full Name of Petitioner    Case No.(To be provided by the clerk of court)

**(PR)**

vs.

___HARTLEY - ASP WARDEN, et al.___   PETITION FOR A WRIT OF HABEAS CORPUS
Name of Respondent
(Warden or jailor)

<u>Read Comments Carefully Before Filling In</u>

<u>When and Where to File</u>

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1



ORIGINAL FILED

JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP J. GREENE Plaintiff,

v.

HARTLEY ASP-WARDEN Defendant.

CV 08 NO. 0714

E-filing

MMC (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, PHILIP JASON GREENE, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___   Net: ___0___

Employer: ___N/A___

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

COLUMBIA PRINTING - JUNE 27, 2003 @ $4,000/mo.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or   Yes ___ No X
       self employment
    b. Income from stocks, bonds,   Yes ___ No X
       or royalties?

1

# CV 08  0714  MMC

(PR)

## U.S. District Court Northern California

### ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

- ☐ **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also:</u>

- ☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

- ☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

- ☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

### Submitting Initiating Documents

PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the <u>subject line</u> of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

### Converting Documents to PDF

Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

> **Questions**
> Almost all questions can be answered in our **FAQ**s at
> **http://ecf.cand.uscourts.gov**, please check them first.
>
> You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.
>
> The ECF Help Desk is staffed Mondays through Fridays from 9:00am to 4:00pm Pacific time, excluding court holidays.

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE. 16TH FL.
SAN FRANCISCO, CA. 94102

LEGAL MAIL

PHILIP J. GREENE
T98702 / 4cn

MCCF
P.O. BOX 1577
McFARLAND, CA 93250

NIXIE      913     4E   1        30   02/09/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 94102365199        *2708-03712-09-00

