**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. GREENE, | No. C 08-0714 MMC (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| HARTLEY, Warden, | **(Docket Nos. 2 & 3)** |
| Respondent. | |

On January 30, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Included with the petition is a "Motion to File Newly Exhausted Claim Via Second Petition – Abuse of Discretion by Sentencing Court." In said motion, petitioner states he is seeking leave to proceed with a second petition pursuant to 28 U.S.C. § 2244(b). Petitioner characterizes the instant petition as a second petition because the petition contains a newly-exhausted claim concerning sentencing error in connection with petitioner's 2003 conviction in Santa Clara County Superior Court; petitioner currently has pending in this court an earlier-filed petition challenging the validity of the same 2003 conviction. See Greene v. Powers, No. C 05-3433 MMC (PR).

The Court will deny petitioner's motion to proceed with his newly-exhausted claim in the instant petition. Petitioner's earlier-filed petition challenging the validity of petitioner's 2003 conviction is still pending; thus, his challenge to the validity of the sentence arising from the 2003 conviction should be brought in that petition.

Accordingly, petitioner's motion to file a second petition containing his newly-

**FILED**

FEB X 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

#5

PHILLIP J. GREENE,

    Petitioner,

v.

HARTLEY, Warden,

    Respondent.

No. CV-08-0714 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** petitioner's motion to file a second amended petition containing his newly-exhausted claim is hereby DENIED, and the instant petition is hereby DISMISSED.

Dated: February 8, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

AVENAL STATE PRISON
INMATE NOT AT ASP
RETURN TO SENDER

Philip Jason Greene



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004329882  FEB 11 2008
$ 00.58⁰
MAILED FROM ZIP CODE 94102